**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CASE NO.: 1:19-cv-02241-KMT

CARLOS BRITO,

    Plaintiff,

v.

BROADMOOR TOWNE CENTER, LLC, a
Limited Liability Company,

    Defendant.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiff, CARLOS BRITO and Defendant, BROADMOOR TOWNE CENTER, LLC, having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice against BROADMOOR TOWNE CENTER, LLC.

Jointly submitted this 11th day of December, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Hilary A. Roland* |
| ANTHONY J. PEREZ | HILARY A. ROLAND |
| GARCIA-MENOCAL & PEREZ, P.L. | MURRAY I. WEINER |
| 1600 Broadway, Suite 1600 | MULLIKEN WEINER BERG & JOLIVET, P.C. |
| Denver, CO 80202 | 102 South Tejon Street |
| Telephone: (303) 386-7208 | Alamo Corporate Center, Suite 900 |
| Facsimile: (305) 553-3031 | Colorado Springs, CO 80903 |
| Primary Email: ajperezlaw@gmail.com | Telephone: (719) 635-8750 |
| Secondary Email: aquezada@lawgmp.com | Facsimile: (719) 635-8706 |
| *Attorney for Plaintiff* | Email: hroland@mullikenlaw.com |
| | weiner@mullikenlaw.com |
| | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 11th day of December, 2020.

    Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway, Suite 1600
Denver, Colorado 80202
Telephone: (303) 386-7208
Facsimile: (305) 553-3031
Primary E-Mail: ajperezlaw@gmail.com
Secondary E-Mail: aquezada@lawgmp.com
crodriguez@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ